# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** ___0:25-CV-1751_____

**Case Title:** Kotalik et al. v. UnitedHealth Group Incorporated et al.

### Affidavit of Movant

I, AMY R. MASON, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice PAUL M. SECUNDA, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify ___ONE___ specific district to which the attorney is admitted) the EASTERN DISTRICT OF WISCONSIN but not admitted to the bar of this court, who will be counsel for Plaintiffs Kotalik, Wisner, K. Clements, and J. Clements, in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Signature: _/s/ Amy R. Mason_____        Date: __04/28/2025_____

MN Attorney License #: _____0347760_____

1

**<u>Affidavit of Proposed Admittee</u>**

I, PAUL M. SECUNDA, am currently a member in good standing of the U.S. District Court for the (please identify **_ONE_** specific district to which you are admitted) the EASTERN DISTRICT OF WISCONSIN, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d). I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules. I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _Paul M. Secunda_     Date: April 28, 2025

Name: Paul M. Secunda

Attorney License Number: 1074127    issued by the State of Wisconsin

Law Firm Name: Walcheske & Luzi, LLC

Law Firm Address: 235 N. Executive Drive, Suite 240, Brookfield, WI 53005

Main phone: (262) 780-1953          Direct line: (414) 828-2373

E-mail address: psecunda@walcheskeluzi.com

2

**This page does not need to be e-filed with the motion.**

## Filing the Motion for Admission Pro Hac Vice

➢ This motion must be converted to a PDF and then electronically filed in the case by the movant attorney.

➢ The Pro Hac Vice motion fee of $100 must be paid when filing this motion in CM/ECF through Pay.gov. Pay.gov is an electronic system of the U.S. Department of the Treasury that allows users to make secure electronic payments to federal government agencies. Payments can be made directly from a checking or savings account or by using a credit or debit card.

## Request through PACER

➢ Please note in addition to filing this motion in the case and paying the fee, the proposed admittee MUST also apply for "Pro Hac Vice" Admission to the District of Minnesota through his or her individual upgraded PACER ACCOUNT. For detailed step by step instructions, click here. This last step only needs to be completed the first time a proposed admittee is admitted Pro Hac Vice to the District of Minnesota.

Please see Local Rule 83.5 regarding the requirements for Pro Hac Vice admission.

For questions, please email the ECF helpdesk at ecfhelpdesk@mnd.uscourts.gov or contact an Attorney Admissions Clerk at 651-848-1100.